# IN THE UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 18-cv-02314 ) |
| EDDIE WYATT AND VANESSA WYATT, | ) ) JURY DEMAND ) |
| Defendants. | ) ) |

## ORDER

THIS MATTER COMES BEFORE THE COURT on Plaintiff, Liberty Mutual Insurance Company's ("Liberty Mutual") Motion for Default Judgment. The Court having considered Plaintiff's Motion, the parties given due notice and the Court being fully advised herein, now GRANTS Plaintiff's Motion.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED**. The Court finds, declares and orders that:

(A) Liberty Mutual has fully complied with the terms and conditions of the Policy pursuant to the Claim;

(B) That the Policy is void *ab initio* and has been rescinded;

(C) Defendants are ordered to return all payments received from Liberty Mutual under the Policy;

(D) Defendants are required to pay the reasonable costs and fees incurred by Liberty Mutual in bringing this legal action; and

(E) Liberty Mutual is required to submit a petition identifying amounts paid to the Defendants under the policy, attorney fees and expenses within fourteen (14) days of the date of this Order.

So Ordered.

/s/James G. Carr   4/16/19
Sr. U.S. District Judge

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.